**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 11, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00851-CV

_____

### IN RE LOYD LANDON SORROW, SR., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-33383**

---

## MEMORANDUM OPINION

On October 1, 2018, relator Loyd Landon Sorrow, Sr. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Steven Kirkland, presiding judge of the 334th District Court of Harris

County, to reduce to writing rulings on all pending motions, objections, and judicial notices.

In his petition for writ of mandamus relator lists objections, motions for discovery, and several other pleadings and motions he asserts have not been disposed of by the trial court. Relator has not attached any copies of the objections, motions, and pleadings on which he claims the trial court has not issued a ruling. Relator's petition notes that the trial court granted final summary judgment on August 24, 2018.

With certain exceptions, to obtain mandamus relief relator must show both that the trial court clearly abused its discretion and that relator has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). A final appealable judgment has been entered in the underlying cause; therefore, relator has not shown he lacks an adequate remedy by appeal. Relator has not shown he is entitled to mandamus relief. We therefore deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Brown.